## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JULIE LYNN ANDREW | ) Bankruptcy No. 19-11809 |
| Debtor | ) |
| | ) Chapter 13 |

### ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case. Debtor's former attorney, Joseph F. Claffy, Esquire, passed away on June 25, 2023.

Respectfully submitted,

/s/ *Sharon S. Masters*
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
FAX: (951) 344-0434
shmasters@hotmail.com
Attorney for Debtor

Dated: 8/11/2023